**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MANUEL ALEJANDRO LOPEZ, | ) | NO. EDCV 12-02224 R (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 21, 2013

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE