**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANUEL ALEJANDRO LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | NO. EDCV 12-02224 R (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 21, 2013

　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE